UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

BUNZL UTAH, LLC,

Defendant.

C19-609 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to continue the trial date and remaining related deadlines, docket no. 16, is GRANTED as follows:

| **BENCH TRIAL DATE (1 day)** | **June 29, 2020** |
|---|---|
| Discovery completed by | March 9, 2020 |
| Dispositive motions filing deadline | April 2, 2020 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | April 9, 2020 |
| Motions in limine filing deadline | May 28, 2020 |

MINUTE ORDER - 1

| Agreed Pretrial Order,[1] trial briefs, and proposed findings of fact and conclusions of law due | June 12, 2020 |
| --- | --- |
| Pretrial conference scheduled for | June 19, 2020 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on July 10, 2019, docket no. 12.

MINUTE ORDER - 2